IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-000107-M

LAKEACHA LATOYA ANDERSON,

    Plaintiffs,

v.

HILLCREST OF FAYETTEVILLE,
NC INC., *doing business as* KFC,

    Defendant.

ORDER

This matter comes before the court on Plaintiff's motion for leave to proceed in forma pauperis, which United States Magistrate Judge Kimberly A. Swank has recommended that the court deny. DE 3; DE 5. Subsequent to those filings, Plaintiff paid the requisite filing fee. Accordingly, the court directs the Clerk of Court to terminate as moot Plaintiff's motion [DE 3], as well as the Memorandum and Recommendation [DE 5].

SO ORDERED this 21st day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE